# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TURIQUE PATRICK-PEREZ,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:18-2202** |
| v. | : | **(JUDGE MANNION)** |
| **LACKAWANNA COUNTY SHERIFF'S OFFICE AND LACKAWANNA COUNTY,** | : | |
| Defendant | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendant's motion to dismiss **(Doc. 10)** is **DENIED.**

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 13, 2019**
18-2201-01-order